**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **METOH MBAH WILLIAM TAHTIYORK** | **CIVIL ACTION NO. 20-1196** |
| | **SECTION P** |
| **VS.** | |
| | **JUDGE TERRY A. DOUGHTY** |
| **U.S. DEPT. OF HOMELAND SECURITY, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 16] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Metoh Mbah William Tahtiyork's Petition is **DENIED AND DISMISSED WITHOUT PREJUDICE as to his *Zadvydas*, but WITH PREJUDICE as to all other claims**.

MONROE, LOUISIANA, this 3rd day of February, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE